# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH ET AL

VERSUS

VALERO REFINING-MERAUX LLC;
VALERO SERVICES INC.; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERAUX LLC;
TURNER SPECIALTY SERVICES,
L.L.C.; TURNER INDUSTRIES
ENERGY SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.,
AND JOHN DOE INSURER

NO.   2023 CW 0392

**JULY 28, 2023**

---

In Re:   Turner Specialty Services, LLC, Turner Industries
         Entergy Services, LLC, and Turner Industries Group,
         LLC, applying for supervisory writs, 19th Judicial
         District Court, Parish of East Baton Rouge, No.
         718626.

---

**BEFORE:   HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DISMISSED.** This writ application is dismissed
pursuant to the motion to dismiss advising that the plaintiffs
have dismissed their claims against the defendants-relators and
requesting that this writ application be dismissed.

**GH**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT